# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAL GREGORY FOX AND CARLA
SUZANNE FOX

NO.    2020 CW 0719

VERSUS

MICHAEL ORY AND DEBRA ORY

**OCTOBER 26, 2020**

---

In Re:    Lighthouse  Property  Insurance  Corporation,  applying
for supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2017-10783.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT